# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JONATHAN LEE RICHES,

        Petitioner,   :   Case No. 3:08-cv-236

- vs -   :   District Judge Walter H. Rice
                           Magistrate Judge Michael R. Merz

SHALANE FLANAGAN, et al.   :

                                  :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED without prejudice for lack of prosecution.

August 27, 2008

                                                Walter H. Rice
                                                United States District Judge