IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | : | Case No. 3:08-cv-236 |
| Petitioner, | : | |
| - vs - | : | District Judge Walter Herbert Rice |
| SHALANE FLANAGAN, et al., | : | Magistrate Judge Michael R. Merz |
| Respondents. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner is DENIED a certificate of appealability.

July 3, 2012.

*/s/ Walter Herbert Rice*
Walter Herbert Rice
United States District Judge